IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CORVEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cv-08999 |
| | ) | |
| v. | ) | Hon. Judge Elaine E. Bucklo |
| | ) | Mag. Judge Jeffrey T. Gilbert |
| HOMELAND INSURANCE COMPANY OF NEW YORK, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

### SECOND SUPPLEMENTAL DECLARATION OF LINDA J. CARWILE IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

I, Linda J. Carwile, being duly sworn, state as follows:

1. I have personal knowledge of the matters attested to herein and this Declaration is submitted in support of Defendant, Homeland Insurance Company of New York's ("Homeland") Reply in Support of Its Motion for Summary Judgment.

2. I am a member, in good standing, of the Illinois bar and I have been duly admitted in this Court. I represent Homeland in this action.

3. Under penalties as provided by law pursuant to Federal Rule of Civil Procedure 56(c)(1), I certify that the statements set forth herein are true and correct.

4. Attached as **Exhibit 1** is a true and accurate copy of portions of the transcript of the deposition of Michael Flacco taken in this litigation. (Filed under seal)

5. Attached at **Exhibit 2** is a true and accurate copy of portions of the transcript of the deposition of Stephen Wheeler of CorVel, dated July 20, 2007, taken in the *Roche Suit*, produced by CorVel in this litigation. (Filed under seal)

2072127v2

6. Attached at **Exhibit 3** is a true and accurate copy of portions of CorVel's Answers and Objections to Interrogatories in the *Roche Suit*, produced by CorVel in this litigation.

7. Attached at **Exhibit 4** is a true and accurate copy of the Usual and Customary Fees in Health Insurance Claims Fact Sheet, revised in January 2010 and published by the Illinois Department of Insurance.

8. Attached at **Exhibit 5** is a true and accurate copy of relevant portions of the transcript of the Hartford Arbitration hearing, dated October 14, 2015. (Filed under seal)

9. Attached at **Exhibit 6** is a true and accurate copy of Hartford's Pre-Hearing Brief in this litigation. (Filed under seal)

10. Attached at **Exhibit 7** is a true and accurate copy of the complaint in *Kerbs v. Progressive Max Ins. Co.* dated August 26, 2010, produced by CorVel in this litigation.

11. Attached at **Exhibit 8** is a true and accurate copy of Plaintiff's Memorandum of Law In Support of Class Certification in the *Roche Suit*, produced by CorVel in this litigation.

12. Attached at **Exhibit 9** is a true and accurate copy of the transcript of Diane Blaha of CorVel dated August 27, 2015 in the Hartford Arbitration, produced by CorVel in this litigation. (Filed under seal)

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Signed this 21st day of March, 2018.

*Linda Carwile*
Linda J. Carwile

2072127v2